IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY P. O'BRIEN,<br>　　　　Defendant. | Case No.: 21-00104-01-CR-W-GAF<br><br>Date: November 15, 2022 |

**MINUTE SHEET**

The Honorable Gary A. Fenner, presiding at Kansas City, Missouri

Nature of Proceeding: Sentencing Hearing

Time commenced:　11:15 a.m.　　　　Time terminated:　11:30 a.m.

**APPEARANCES**

Plaintiff's counsel:　Robert Smith, AUSA
Defendant's counsel:　Travis Poindexter, AFPD
Probation officer:　Kyle Estes

**PROCEEDINGS IN COURTROOM:** Parties appear as indicated above. Defendant appears in person. There are no objections to the Presentence Investigation Report that affect the guidelines or sentence imposed. The Court adopts the Report with no changes. Sentencing recommendations presented by counsel. Allocution granted to the defendant.

SENTENCE:　Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of 72 months on Count 1.

　　　　Supervised release of 3 years w/mandatory, standard, and special conditions imposed.

　　　　Fine waived. MSA of $100.00 imposed. Restitution: $0. Defendant advised of right to appeal. Defendant remanded to the custody of the U.S. Marshal.

　　　　The Court makes the following recommendation(s) to the Bureau of Prisons: that the defendant be considered for participation in RDAP and that the defendant be considered for placement at El Reno FCI to be near family.

Court Reporter: Kathy Calvert　　　　　　　　　　　　　　　　Courtroom Deputy: Lisa Mitchell